David P. Morales, Esq., SBN 191229
THE MORALES LAW FIRM
900 E. Hamilton Avenue, Suite 100
Campbell, CA 95008
Telephone: (408) 850-2101
Facsimile: (866) 406-6080
E-Mail: dmorales@moraleslawfirm.com

Attorney for Plaintiff BELCAN ENGINEERS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BELCAN ENGINEERS,<br><br>    Plaintiff,<br><br>vs.<br><br>MOHAMMED KARWASH,<br><br>    Defendant. | Civil Action No.: 3:09-CV-02891-EDL<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

### JOINT REQUEST

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, a Case Management Conference in this case is currently scheduled for April 6, 2010 at 10:00 a.m.

WHEREAS, Plaintiff substituted new counsel on or about March 5, 2010 and Plaintiff's new counsel is scheduled to be out of town during the week of the April 6, 2010 Case Management Conference.

WHEREAS, Defendant's counsel also has a conflict on the morning of April 6, 2010.

WHEREAS, the parties will be available on April 20, 2010.

**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

NOW, THEREFORE, the parties hereby stipulate and respectfully request that the Court enter an order continuing the Case Management Conference in this matter, currently scheduled for April 6, 2010, until April 20, 2010, at 10:00 a.m., or until the Court's soonest available time thereafter.

IT IS SO STIPULATED.

Dated: March 29, 2010                     THE MORALES LAW FIRM

                                          By: _____
                                          DAVID MORALES
                                          Attorney for Plaintiff


Dated: March 29, 2010                     WENDELL, ROSEN, BLACK & DEAN, LLP

                                          By: _____
                                          GREGORY JUNG
                                          Attorneys for Defendant


## ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The case management conference shall be held on April 20, 2010 at 10:00 a.m.

Date: March 31, 2010                      _____
                                          HON. ELIZABETH D. LAPORTE
                                          United States Magistrate Judge

**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
Case No.: 3:09-CV-02891-EDL          - 2 -