IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELCAN ENGINNERS,<br><br>    Plaintiff,<br><br>  v.<br><br>MOHAMMED KARWASH; TOM LINN dba TOM LINN DRAFTING & DESIGN; JOSE JIMENEZ dba J&M DESIGN; WILEY R. CHITWOOD; HASSAN C. IBRAHIM; SOUTHWAY ENGINEERING & CONSTRUCTIONS; and DOES 1-50, inclusive,<br><br>    Defendants. | No. C 09-2891 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF OBJECTIONS TO REPORT AND RECOMMENDATION AND MOTION FOR EXPANSION OF RECORD** |

On August 5, 2011, the instant action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS plaintiff to submit, no later than August 26, 2011, a chambers copy of its "Objections to Report and Recommendation to Deny Motion for Service by Publication and Dismiss Defendant Ibrahim and Motion for Expansion of Record and for a Determination of Plaintiff's Motion to Serve Defendant Ibrahim by Publication and Expansion of Time," filed August 8, 2011, as well as the supporting documents filed therewith.

**IT IS SO ORDERED.**

Dated: August 22, 2011

MAXINE M. CHESNEY
United States District Judge