IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELCAN ENGINEERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MOHAMMED KARWASH, et al.,<br><br>　　　　Defendants.　　　　　　　　／ | No. C 09-2891 MMC<br><br>**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES OF CERTAIN DOCUMENTS** |

　　　　On August 5, 2011, the above-titled action was reassigned to the undersigned.

　　　　To facilitate the Court's review of Plaintiff's recently filed Objections:

　　　　1. Plaintiff shall submit, no later than September 9, 2011, a chambers copy of its Complaint (Doc. No. 1), its First Amended Complaint (Doc. No. 48), and its "Notice of Motion and Motion to Serve Defendant Hassan C. Ibrahim by Publication," filed July 1, 2011, as well as the supporting documents filed therewith (Doc. Nos. 57-59).

　　　　2. Defendant Mohammed Karwash shall submit, no later than September 9, 2011, a chambers copy of his Answer to the Complaint (Doc. No. 6), and his Answer to the First Amended Complaint (Doc. No. 46).

　　　　**IT IS SO ORDERED.**

Dated: September 2, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge