```
1  David P. Morales, Esq., SBN 191229
   THE MORALES LAW FIRM
2  560 S. Winchester Boulevard, Suite 500
   San Jose, CA  95128
3  Telephone: (408) 850-2101
   Facsimile: (866) 406-6080
4  E-Mail: dmorales@moraleslawfirm.com

5  Attorney for Plaintiff BELCAN ENGINEERS
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BELCAN ENGINEERS, | Civil Action No.: 3:09-CV-02891-MMC |
|---|---|
| Plaintiff, | **STIPULATED MOTION TO EXTEND MEDIATION DEADLINE AND [~~PROPOSED~~] ORDER** |
| vs. | |
| MOHAMMED KARWASH; TOM LINN dba TOM LINN DRAFTING & DESIGN; JOSE JIMENEZ dba J&M DESIGN; WILEY R. CHITWOOD; HASSAN C. IBRAHIM; SOUTHWAY ENGINEERING & CONSTRUCTION; and DOES 1-50, inclusive, | |
| Defendants. | |

COME NOW BELCAN ENGINEERS, MOHAMMED KARWASH, and HASSAN C. IBRAHIM (collectively, the "Parties") and submit this Stipulated Motion to Extend the Mediation Deadline in this matter until February 24, 2012.

WHEREAS, on November 10, 2011, the Court issued its Notice appointing the mediator in this matter;

WHEREAS, on December 6, 2011, the Parties conferred with the mediator and selected February 8, 2012 for the mediation;

1     WHEREAS, the parties wish to complete certain discovery prior to the mediation, and
2 desire to continue the mediation by one (1) week, or to the mediator's next available date;
3     WHEREAS, the mediator is agreeable to the requested continuance, and his next
4 available date to conduct the mediation is February 21, 2012;
5     THEREFORE, the Parties respectfully request that the mediation deadline in this matter
6 be extended until at least February 24, 2012 in order to permit the Parties to complete certain
7 discovery prior to the mediation.
8 IT IS SO STIPULATED.

9 Dated: February 6, 2012      Wendel Rosen Black & Dean, LLP

11 By:_____
12 Eugene Pak
Attorneys for Defendants
13 MOHAMMED KARWASH
and HASSAN C. IBRAHIM

15 Dated: February 6, 2012      THE MORALES LAW FIRM

16 By:/S/ David P. Morales
David P. Morales
17 Attorney for Plaintiff
BELCAN ENGINEERS

19     [~~PROPOSED~~] ORDER

20 PURSUANT TO STIPULATION, IT IS SO ORDERED, and the mediation deadline is hereby EXTENDED to February 28, 2012.
21 Dated: February __9__, 2012

23 By:_____
Hon. I. Maxine M. Chesney
24 U.S. DISTRICT COURT JUDGE