David P. Morales, Esq., SBN 191229
THE MORALES LAW FIRM
560 S. Winchester Boulevard, Suite 500
San Jose, CA  95128
Telephone: (408) 850-2101
Facsimile: (866) 406-6080
E-Mail: dmorales@moraleslawfirm.com

Attorney for Plaintiff BELCAN ENGINEERS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BELCAN ENGINEERS,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMMED KARWASH; TOM LINN dba TOM LINN DRAFTING & DESIGN; JOSE JIMENEZ dba J&M DESIGN; WILEY R. CHITWOOD; HASSAN C. IBRAHIM; SOUTHWAY ENGINEERING & CONSTRUCTION; and DOES 1-50, inclusive,<br><br>Defendants. | Civil Action No.: 3:09-CV-02891-MMC<br><br>**STIPULATED MOTION TO EXTEND MEDIATION DEADLINE AND [~~PROPOSED~~] ORDER** |

COME NOW BELCAN ENGINEERS, MOHAMMED KARWASH, and HASSAN C. IBRAHIM (collectively, the "Parties") and submit this Stipulated Motion to Extend the Mediation Deadline in this matter until February 24, 2012.

WHEREAS, on November 10, 2011, the Court issued its Notice appointing the mediator in this matter;

WHEREAS, on December 6, 2011, the Parties conferred with the mediator and selected February 8, 2012 for the mediation;

1     WHEREAS, the parties wish to complete certain discovery prior to the mediation, and desire to continue the mediation by one (1) week, or to the mediator's next available date;

    WHEREAS, the mediator is agreeable to the requested continuance, and his next available date to conduct the mediation is February 21, 2012;

    THEREFORE, the Parties respectfully request that the mediation deadline in this matter be extended until at least February 24, 2012 in order to permit the Parties to complete certain discovery prior to the mediation.

IT IS SO STIPULATED.

Dated: February 6, 2012      Wendel Rosen Black & Dean, LLP

By: /s/ Eugene Pak
Eugene Pak
Attorneys for Defendants
MOHAMMED KARWASH
and HASSAN C. IBRAHIM

Dated: February 6, 2012      THE MORALES LAW FIRM

By: /S/ David P. Morales
David P. Morales
Attorney for Plaintiff
BELCAN ENGINEERS

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, and the mediation deadline is hereby EXTENDED to February 28, 2012.

Dated: February __9__, 2012

By: /s/ Maxine M. Chesney
Hon. Maxine M. Chesney
U.S. DISTRICT COURT JUDGE