1  Gillian M. Ross, Bar No. 127116
   Eugene M. Pak, Bar No. 168699
2  Gregory K. Jung, Bar No. 203350
   **WENDEL, ROSEN, BLACK & DEAN LLP**
3  1111 Broadway, 24th Floor
   Oakland, California  94607
4  Telephone:  (510) 834-6600
   Fax:  (510) 834-1928
5  Email:  epak@wendel.com

6  Attorneys for Defendants
   Mohammed Karwash and Hassan Ibrahim
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  BELCAN ENGINEERS,                    Case No.  3:09-CV-02891 EDL

13         Plaintiff,                    **STIPULATED MOTION TO AMEND
                                         CASE MANAGEMENT CONFERENCE
14     vs.                              ORDER SCHEDULE
                                        [L.R. 16-2]**
15  MOHAMMED KARWASH, TOM LINN
    dba TOM LINN DRAFTING & DESIGN,
16  JOSE JIMENEZ dba J&M DESIGN,
    WILEY R. CHITWOOD, HASSAN C.
17  IBRAHIM, and SOUTHWAY
    ENGINEERING & CONSTRUCTION,
18
19         Defendants.

20            .

21          Pursuant to Local Rule 16-2(d), Plaintiff Belcan Engineers ("Plaintiff") and Defendants
22
    Mohammed Karwash and Hassan Ibrahim ("Defendants") (collectively referred to as the
23
    "Parties") hereby stipulate and jointly request that the deadlines in this action be extended.[1]
24
    Good cause exists for such extension as the Parties have reached a settlement and are in the
25
    process of memorializing this settlement in writing, and Defendant Mohammed Karwash is out of
26
    the country on an extended trip.  In light of this, the Parties respectfully request that the Court's
27

28  [1]      The other defendants in this action have not appeared and have defaulted.

*STIPULATED MOTION TO AMEND CASE*
*MANAGEMENT CONFERENCE ORDER SCHEDULE -*
*Case No.  CV 03 2891 EDL*

017632.0001\2386058.2

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

October 14, 2011 Case Management Conference Order be amended to re-set deadlines.   The

Parties request that the current deadlines in this action be re-set for three months as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cut-Off | April 27, 2012 | July 27, 2012 |
| Expert Disclosure | June 1, 2012 | September 1, 2012 |
| Rebuttal Expert Disclosure | June 20, 2012 | September 20, 2012 |
| Joint Statement | July 6, 2012 | October 5, 2012 |
| Further Status Conference | July 13, 2012 at 10:30 a.m. | October 12, 2012 at 10:30 a.m. |
| Expert Discovery Cutoff | July 20, 2012 | October 19, 2012 |
| Dispositive Motion Deadline | August 3, 2012 | November 2, 2012 |
| Meet and Confer | October 23, 2012 | January 22, 2013 |
| Pretrial Conference | October 23, 2012 at 3:00 p.m. | January 22, 2013 at 3:00 p.m. |
| Trial | November 5, 2012 | February 4, 2013 at 9 a.m. (3 days) |

SO STIPULATED BY:

Dated: April 23, 2012                          WENDEL, ROSEN, BLACK & DEAN LLP


By: /s/ Eugene M. Pak
    Eugene M. Pak
    Attorneys for Defendants
    Mohammed Karwash and Hassan Ibrahim

Dated: April 23, 2012                          THE MORALES LAW FIRM


By:  /s/ David P. Morales
     David P. Morales
     Attorneys for Plaintiff
     Belcan Engineers

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

017632.0001\2386058.2

1

2

PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that the meet and confer date is extended from September 17, 2012 (see Doc. No. 81)[1] to December 17, 2012.

Dated:  April 27, 2012

3

4

5

:  _____
                    Judge Maxine M. Chesney
                    United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1]It appears the parties, in listing October 23, 2012 as the current meet and confer deadline, were relying on the Clerk's minutes (Doc. No. 80), which contain a typographical error with respect to said deadline.  The correct date is set forth in the Court's Pretrial Order (Doc. No. 81).

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607