| | |
|---|---|
| 1 | Gillian M. Ross, Bar No. 127116 |
| | Eugene M. Pak, Bar No. 168699 |
| 2 | Gregory K. Jung, Bar No. 203350 |
| | **WENDEL, ROSEN, BLACK & DEAN LLP** |
| 3 | 1111 Broadway, 24th Floor |
| | Oakland, California 94607 |
| 4 | Telephone: (510) 834-6600 |
| | Fax: (510) 834-1928 |
| 5 | Email: epak@wendel.com |
| 6 | Attorneys for Defendants |
| | Mohammed Karwash and Hassan Ibrahim |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BELCAN ENGINEERS, | | Case No. 3:09-CV-02891 MMC |
| Plaintiff, | | **STIPULATED MOTION TO AMEND CASE MANAGEMENT CONFERENCE ORDER SCHEDULE** |
| vs. | | **[L.R. 16-2]** |
| MOHAMMED KARWASH, TOM LINN dba TOM LINN DRAFTING & DESIGN, JOSE JIMENEZ dba J&M DESIGN, WILEY R. CHITWOOD, HASSAN C. IBRAHIM, and SOUTHWAY ENGINEERING & CONSTRUCTION, | | |
| Defendants. | | |

Pursuant to Local Rule 16-2(d), Plaintiff Belcan Engineers ("Plaintiff") and Defendants Mohammed Karwash and Hassan Ibrahim ("Defendants") (collectively referred to as the "Parties") hereby stipulate and jointly request that the deadlines in this action be extended.[1] Good cause exists for such extension as the Parties have reached a settlement that they are currently memorializing in writing which requires performance of certain settlement terms over a period of approximately ten (10) months in exchange for a dismissal of the entire action.

---

[1] The other defendants in this action have not appeared and have defaulted.

Accordingly, the Parties respectfully request that the Court's Scheduling Order of April 27, 2012 be amended to allow for full performance of the settlement terms prior to dismissal of this action. The Parties request that the current deadlines in this action be re-set to the following year as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cut-Off | July 27, 2012 | July 26, 2013 |
| Expert Disclosure | September 1, 2012 | September 3, 2013 |
| Rebuttal Expert Disclosure | September 20, 2012 | September 24, 2013 |
| Joint Statement | October 5, 2012 | October 7, 2013 |
| Further Status Conference | October 12, 2012 at 10:30 a.m. | October 11, 2013 at 10:30 a.m. |
| Expert Discovery Cutoff | October 19, 2012 | October 22, 2013 |
| Dispositive Motion Deadline | November 2, 2012 | November 4, 2013 |
| Meet and Confer | December 17, 2012 | December 16, 2013 |
| Pretrial Conference | January 22, 2013 at 3:00 p.m. | January 21, 2013 at 3:00 p.m. |
| Trial | February 4, 2013 at 9 a.m. (3 days) | February 4, 2013 at 9 a.m. (3 days) |

IT IS SO STIPULATED:

Dated: June 1, 2012					WENDEL, ROSEN, BLACK & DEAN LLP


						By: /s/ Eugene M. Pak
						    Eugene M. Pak
						    Attorneys for Defendants
						    Mohammed Karwash and Hassan Ibrahim

Dated: June 1, 2012					THE MORALES LAW FIRM


						By: /s/ David P. Morales
						    David P. Morales
						    Attorneys for Plaintiff
						    Belcan Engineers

*STIPULATED MOTION TO AMEND CASE MANAGEMENT CONFERENCE ORDER SCHEDULE - Case No. CV 03 2891 MMC*    - 2 -

016097.0002\2419110.1

1  PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that the pretrial conference is continued to January 21, 2014 and the trial is continued to February 3, 2014.

Dated: June 6 , 2012

By: /s/ Maxine M. Chesney
Judge Maxine M. Chesney
United States District Court Judge

*STIPULATED MOTION TO AMEND CASE MANAGEMENT CONFERENCE ORDER SCHEDULE - Case No. CV 03 2891 MMC*   - 3 -

016097.0002\2419110.1