1  Gillian M. Ross, Bar No. 127116
   Eugene M. Pak, Bar No. 168699
2  Gregory K. Jung, Bar No. 203350
   **WENDEL, ROSEN, BLACK & DEAN LLP**
3  1111 Broadway, 24th Floor
   Oakland, California  94607
4  Telephone:  (510) 834-6600
   Fax:  (510) 834-1928
5  Email:  epak@wendel.com

6  Attorneys for Defendants
   Mohammed Karwash and Hassan Ibrahim
7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  BELCAN ENGINEERS,                      Case No.  3:09-CV-02891 MMC

13          Plaintiff,                     **STIPULATED MOTION TO AMEND
                                           CASE MANAGEMENT CONFERENCE
14     vs.                                 ORDER SCHEDULE**
                                           **[L.R. 16-2]**
15  MOHAMMED KARWASH, TOM LINN
    dba TOM LINN DRAFTING & DESIGN,
16  JOSE JIMENEZ dba J&M DESIGN,
    WILEY R. CHITWOOD, HASSAN C.
17  IBRAHIM, and SOUTHWAY
    ENGINEERING & CONSTRUCTION,
18
            Defendants.
19
                      .
20

21
        Pursuant to Local Rule 16-2(d), Plaintiff Belcan Engineers ("Plaintiff") and Defendants
22
    Mohammed Karwash and Hassan Ibrahim ("Defendants") (collectively referred to as the
23
    "Parties") hereby stipulate and jointly request that the deadlines in this action be extended.[1]
24
    Good cause exists for such extension as the Parties have reached a settlement that they are
25
    currently memorializing in writing which requires performance of certain settlement terms over a
26
    period of approximately ten (10) months in exchange for a dismissal of the entire action.
27
    _____
28  [1]     The other defendants in this action have not appeared and have defaulted.

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94   607

1   Accordingly, the Parties respectfully request that the Court's Scheduling Order of April

2  27, 2012 be amended to allow for full performance of the settlement terms prior to dismissal of

3  this action.  The Parties request that the current deadlines in this action be re-set to the following

4  year as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cut-Off | July 27, 2012 | July 26, 2013 |
| Expert Disclosure | September 1, 2012 | September 3, 2013 |
| Rebuttal Expert Disclosure | September 20, 2012 | September 24, 2013 |
| Joint Statement | October 5, 2012 | October 7, 2013 |
| Further Status Conference | October 12, 2012 at 10:30 a.m. | October 11, 2013 at 10:30 a.m. |
| Expert Discovery Cutoff | October 19, 2012 | October 22, 2013 |
| Dispositive Motion Deadline | November 2, 2012 | November 4, 2013 |
| Meet and Confer | December 17, 2012 | December 16, 2013 |
| Pretrial Conference | January 22, 2013 at 3:00 p.m. | January 21, 2013 at 3:00 p.m. |
| Trial | February 4, 2013 at 9 a.m. (3 days) | February 4, 2013 at 9 a.m. (3 days) |

17  IT IS SO STIPULATED:

18

19  Dated: June 1, 2012                WENDEL, ROSEN, BLACK & DEAN LLP

20

21                                     By: /s/ Eugene M. Pak
                                          Eugene M. Pak
22                                        Attorneys for Defendants
                                          Mohammed Karwash and Hassan Ibrahim

23  Dated: June 1, 2012                THE MORALES LAW FIRM

24

25                                     By:  /s/ David P. Morales
                                          David P. Morales
26                                        Attorneys for Plaintiff
                                          Belcan Engineers

27

28

*STIPULATED MOTION TO AMEND CASE
MANAGEMENT CONFERENCE ORDER SCHEDULE -*         - 2 -
*Case No.  CV 03 2891 MMC*

1    PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that the pretrial
     conference is continued to January 21, 2014 and the trial is continued to February 3, 2014.

2
     Dated: June 6 , 2012
3

4                                          By: _____
                                               Judge Maxine M. Chesney
5                                              United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94 607

*STIPULATED MOTION TO AMEND CASE*
*MANAGEMENT CONFERENCE ORDER SCHEDULE -*            - 3 -
*Case No.  CV 03 2891 MMC*

016097.0002\2419110.1